UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00342-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. BURL FRANKLIN RICHARDSON,

Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED that the United States' Petition for Writ of Habeas Corpus Ad Prosequendum (Doc. # 12) is **GRANTED**. In accordance therewith,

IT IS FURTHER ORDERED that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce BURL FRANKLIN RICHARDSON, a.k.a. Burl F. Richardson, D.O.B. 1980, Inmate No. 134457, before a United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the Petition on Supervised Release and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

Dated: April 16, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge